COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS                      25,679-24

JULY 14, 2015

RE: IN RE ARTHUR DAVID LOWE, WR-25,679-24

Dear Abel Acosta,
        (CCCA).

    I'm writing this Missive, Requesting whether
you, your office, received my 'MOTION FOR LEAVE
TO FILE WRIT MANDANMUS' filed in the above-captured
Writ Number?
    Any information you, your office can provide me
with information concerning received the WRIT.

    I truly appreciate your consideration... THANK
You... May GOD bless you, your Family and Friends.

                          Sincerely
                          Arthur Lowe
                          ARTHUR LOWE #669750
                          HUGHES UNIT,
                          RT. 2. BOX 4400
                          GATESVILLE, TEXAS
                                      76597

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk